**George PIECZENIK, Plaintiff–Appellant,**

v.

**DOMANTIS, Defendant.**

and

**Jon Dudas, Director, U.S. Patent and Trademark Office, Defendant–Appellee,**

and

**Lester M. Crawford, Acting Commissioner, Food and Drug Administration, Defendant–Appellee,**

and

**Cambridge Antibody Technology Group, Defendant,**

and

**Medical Research Council–Laboratory of Molecular Biology, Defendant.**

No. 04–1477.

United States Court of Appeals, Federal Circuit.

Feb. 17, 2005.

## ORDER

A petition for rehearing en banc having been filed by the APPELLANT, and the

matter having first been referred as a petition for rehearing to the panel that heard the appeal, and thereafter the petition for rehearing en banc having been referred to the circuit judges who are in regular active service,

UPON CONSIDERATION THEREOF, it is

ORDERED that the petition for rehearing be, and the same hereby is, DENIED and it is further

ORDERED that the petition for rehearing en banc be, and the same hereby is, DENIED.

The mandate of the court will issue on March 7, 2005.